# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: Bland, Billy Joe & Joy Ann | § Case No. 4:10-40310 |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 01, 2010. The undersigned trustee was appointed on December 18, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $            3,500.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 70.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 3,430.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/12/2013 and the deadline for filing governmental claims was 05/12/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $875.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $875.00, for a total compensation of $875.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $38.72, for total expenses of $38.72.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/11/2013            By: /s/Thomas H. Fluharty, Trustee
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 4:10-40310  
**Case Name:** Bland, Billy Joe & Joy Ann  
**Period Ending:** 09/11/13

**Trustee:** (680231) Thomas H. Fluharty, Trustee  
**Filed (f) or Converted (c):** 12/17/12 (c)  
**§341(a) Meeting Date:** 02/12/13  
**Claims Bar Date:** 05/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1060 Grindstone Drive, Marietta, OH | 123,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | checking account with Bartlett Farmers | 100.00 | 0.00 | | 0.00 | FA |
| 4 | checking account with Bartlett Farmers | 549.00 | 0.00 | | 0.00 | FA |
| 5 | savings account with Bartlett Farmers | 120.00 | 0.00 | | 0.00 | FA |
| 6 | television-$250.00 dvd player-$50.00 entertainement center $75.00; 2 recliners $100.00. | 250.00 | 0.00 | | 0.00 | FA |
| 7 | couch-$200.00 bedroom suite-$200.00 bedroom suite $200.00; crib $25.00. | 625.00 | 0.00 | | 0.00 | FA |
| 8 | refridgerator-$200.00 cookstove-$350.00 table & chairs $125.00; microwave $25.00. | 700.00 | 0.00 | | 0.00 | FA |
| 9 | tools | 500.00 | 0.00 | | 0.00 | FA |
| 10 | computer & printer | 600.00 | 0.00 | | 0.00 | FA |
| 11 | jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 12 | term life policy with Western Southern ($25,000. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | term life policy with Western Southern ($25,000. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2008 Ford F-150 | 29,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1993 Peterbuilt Tractor 1990 Ford Bronco | 10,100.00 | 0.00 | | 0.00 | FA |
| 16 | 2007 Benson Stepdeck trailer | 18,500.00 | 0.00 | | 0.00 | FA |
| 17 | 1997 Colony Mobile home | 11,570.00 | 11,570.00 | | 3,500.00 | FA |
| 18 | 1999 Fairmont mobile home | 13,650.00 | 0.00 | | 0.00 | FA |
| 19 | 2008 Grizzly four wheeler | 3,800.00 | 0.00 | | 0.00 | FA |
| 20 | 2007 John Deere mower | 850.00 | 0.00 | | 0.00 | FA |
| 20 | **Assets Totals** (Excluding unknown values) | **$214,414.00** | **$11,570.00** | | **$3,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 4:10-40310  
**Case Name:** Bland, Billy Joe & Joy Ann  
**Period Ending:** 09/11/13

**Trustee:** (680231) Thomas H. Fluharty, Trustee  
**Filed (f) or Converted (c):** 12/17/12 (c)  
**§341(a) Meeting Date:** 02/12/13  
**Claims Bar Date:** 05/12/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** October 31, 2013   **Current Projected Date Of Final Report (TFR):** October 31, 2013

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 4:10-40310
**Case Name:** Bland, Billy Joe & Joy Ann
**Taxpayer ID #:** **-***0935
**Period Ending:** 09/11/13

**Trustee:** Thomas H. Fluharty, Trustee (680231)
**Bank Name:** Rabobank, N.A.
**Account:** ****043466 - Checking Account
**Blanket Bond:** $2,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/13 | {17} | Peggy Lorentz | sale proceeds of mobile home | 1129-000 | 3,500.00 | | 3,500.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,490.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,480.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,470.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,460.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,450.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,440.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,430.00 |
| | | | **ACCOUNT TOTALS** | | 3,500.00 | 70.00 | $3,430.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,500.00 | 70.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,500.00** | **$70.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****043466** | 3,500.00 | 70.00 | 3,430.00 |
| | $3,500.00 | $70.00 | $3,430.00 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 12, 2013

**Case Number:** 4:10-40310  
**Debtor Name:** Bland, Billy Joe &

Page: 1

**Date:** September 11, 2013  
**Time:** 10:35:26 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Thomas H. Fluharty, Trustee<br>408 Lee Avenue<br>Clarksburg, WV 26301 | Admin Ch. 7 | | $38.72 | $0.00 | 38.72 |
| 200 | Thomas H. Fluharty, Trustee<br>408 Lee Avenue<br>Clarksburg, WV 26301 | Admin Ch. 7 | | $875.00 | $0.00 | 875.00 |
| 6<br>570 | Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia, PA 19114 | Priority | | $1,235.33 | $0.00 | 1,235.33 |
| 3<br>100 | Vanderbilt Mortgage & Finance, Inc.<br>Post Office Box 9800<br>Maryville, TN 37802 | Secured | | $0.00 | $0.00 | 0.00 |
| 4<br>100 | FPC Financial, f.s.b.<br>P.O. Box 6600<br>6400 NW 86th Street<br>Johnston, IA 50131 | Secured | payment mail to: John Deer Credit, 23176 Network Place, Chicago, IL 60673-1231<br>John Deere 2425 ztrack | $0.00 | $0.00 | 0.00 |
| 12<br>100 | Ford Motor Credit Company, LLC<br>Dept 55953<br>P.O. Box 55000<br>Detroit, MI 48255-0953 | Secured | 2008 Ford F150 truck | $0.00 | $0.00 | 0.00 |
| 14<br>100 | The Bartlett Farmers Bank<br>Post Office Bxo 57<br>Barlow, OH 45712 | Secured | 1990 Ford Bronco & 1993 Peterbilt truck. | $0.00 | $0.00 | 0.00 |
| 15<br>100 | Key Equipment Finance, Inc.<br>1000 S. McCaslin Blvd<br>Superior, CO 80027 | Secured | | $0.00 | $0.00 | 0.00 |
| 16<br>100 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Secured | 2007 Yamaha atv. | $0.00 | $0.00 | 0.00 |
| 17<br>100 | Green Tree Servicing, LLC.<br>P.O. Box 0049<br>Palatine, IL 60055-0049 | Secured | | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Discover Bank<br>DFS Services, LLC.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,787.56 | $0.00 | 6,787.56 |
| 2<br>610 | Dell Financial Services, LLC.<br>c/o Resurgent Capital Services<br>P.O. Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $1,897.74 | $0.00 | 1,897.74 |
| 4A<br>610 | FPC Financial, f.s.b.<br>P.O. Box 6600<br>6400 NW 86th Street<br>Johnston, IA 50131 | Unsecured | | $1,395.66 | $0.00 | 1,395.66 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 12, 2013

**Case Number:** 4:10-40310  
**Debtor Name:** Bland, Billy Joe &

Page: 2

**Date:** September 11, 2013  
**Time:** 10:35:26 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5<br>610 | East Bay Funding<br>c/o Resurgent Capital Services<br>P.O. Box 288<br>Greenville, SC 29603 | Unsecured | | $1,767.29 | $0.00 | 1,767.29 |
| 6A<br>610 | Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $365.41 | $0.00 | 365.41 |
| 7<br>610 | PRA Receivables Management, LLC.<br>as agent of Portfolio Recovery Assocs.<br>Post Office Box 12914<br>Norfolk, VA 23541 | Unsecured | | $24,731.57 | $0.00 | 24,731.57 |
| 8<br>610 | East Bay Funding<br>c/o Resurgent Capital Services<br>Post Office Box 288<br>Greenville, SC 29603 | Unsecured | | $6,697.87 | $0.00 | 6,697.87 |
| 9<br>610 | Capital One Bank (USA), N.A.<br>by American Infosource Lp<br>Post Office Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $4,177.35 | $0.00 | 4,177.35 |
| 10<br>610 | PRA Receivables Management, LLC.<br>as agent of Portfolio Recovery Assocs.<br>Post Office Box 12914<br>Norfolk, VA 23541 | Unsecured | | $250.50 | $0.00 | 250.50 |
| 11<br>610 | PRA Receivables Management, LLC<br>as agent of Portfolio Recovery Assocs<br>Post Office Box 12914<br>Norfolk, VA 23541 | Unsecured | | $1,657.66 | $0.00 | 1,657.66 |
| 13<br>610 | East Bay Funding<br>c/o Resurgent Capital Services<br>Post Office Box 288<br>Greenville, SC 29603 | Unsecured | | $4,948.21 | $0.00 | 4,948.21 |
| 15A<br>610 | Key Equipment Finance, Inc.<br>1000 S. McCaslin Blvd<br>Superior, CO 80027 | Unsecured | | $297.38 | $0.00 | 297.38 |
| **<< Totals >>** | | | | 57,123.25 | 0.00 | 57,123.25 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 4:10-40310
Case Name: Bland, Billy Joe &
Trustee Name: Thomas H. Fluharty, Trustee

**Balance on hand:** $ 3,430.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,430.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Thomas H. Fluharty, Trustee | 875.00 | 0.00 | 875.00 |
| Trustee, Expenses - Thomas H. Fluharty, Trustee | 38.72 | 0.00 | 38.72 |

Total to be paid for chapter 7 administration expenses: $ 913.72
Remaining balance: $ 2,516.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,516.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,235.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Internal Revenue Service | 1,235.33 | 0.00 | 1,235.33 |

Total to be paid for priority claims: $ 1,235.33
Remaining balance: $ 1,280.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 54,974.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,787.56 | 0.00 | 158.16 |
| 2 | Dell Financial Services, LLC. | 1,897.74 | 0.00 | 44.22 |
| 4A | FPC Financial, f.s.b. | 1,395.66 | 0.00 | 32.52 |
| 5 | East Bay Funding | 1,767.29 | 0.00 | 41.18 |
| 6A | Internal Revenue Service | 365.41 | 0.00 | 8.51 |
| 7 | PRA Receivables Management, LLC. | 24,731.57 | 0.00 | 576.26 |
| 8 | East Bay Funding | 6,697.87 | 0.00 | 156.07 |
| 9 | Capital One Bank (USA), N.A. | 4,177.35 | 0.00 | 97.34 |
| 10 | PRA Receivables Management, LLC. | 250.50 | 0.00 | 5.84 |
| 11 | PRA Receivables Management, LLC | 1,657.66 | 0.00 | 38.62 |
| 13 | East Bay Funding | 4,948.21 | 0.00 | 115.30 |
| 15A | Key Equipment Finance, Inc. | 297.38 | 0.00 | 6.93 |

Total to be paid for timely general unsecured claims: $ 1,280.95
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**